MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

/3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Kaylin Eric Johnson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Special agent Nicholas Daly - DEA

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:23-cv-11045
Judge: Michelson, Laurie J.
MJ: Ivy, Curtis
Filed: 05-03-2023 At 06:20 PM
CMP JOHNSON V. DALY (DA)

Jury Trial: ☑ Yes ☐ No
*(check one)*

## Complaint for a Civil Case

POOR QUALITY ORIGINAL

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kaylin Johnson |
| Street Address | 255 W. Main St |
| City and County | Harrison and Clare |
| State and Zip Code | Michigan and 48625 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nicholas Duly |
| Job or Title (if known) | Special agent - DEA |
| Street Address | 432 N. Saginaw St |
| City and County | Flint and Genesee |
| State and Zip Code | Michigan and 48502 |
| Telephone Number | 810-768-7600 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name  
Job or Title (if known)  
Street Address  
City and County  
State and Zip Code  
Telephone Number  
E-mail Address (if known)  

Defendant No. 4

Name  
Job or Title (if known)  
Street Address  
City and County  
State and Zip Code  
Telephone Number  
E-mail Address (if known)  

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USCS § 1983
USCS. Const. Amend. 14
USCS. Const. Amend. 5
Fed. R. Civ. P. R 8
5 USCS § 702

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____
      is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____
      is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant has deprived plaintiff his right by making an unlawful proceeding in a criminal complaint by commiting Judical Estoppel and this has lead to plaintiff being incarcerated and charged in the United States of America. Case No. 4:22-cr-20280-1. Deprivation was commited by defendant Special agent Nicholas Duly - DEA acting under color of State law. Thru officers official capacity in the action has violated the constitution.

5

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

50 million in punitive damages plaintiff is still being held in custody at Clare county Jail for this matter. Plaintiff asks court to release for lack of subject matter.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/23/, 20 23.

Signature of Plaintiff: Kaydin Johnson
Printed Name of Plaintiff: Kaydin Johnson

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

Primia facia of evidence attached with Submission of arising from state litigation and compettent agency Final decision. Evidence has been withheld from criminal complaint to establish indictment.



# Office of Genesee County Sheriff

Date 5/12/22  Time 11:12 AM/PM  Place Genesee County Sheriff office
Name Kaylin Eric Johnson     DOB 12/19/94
Address 1114 E. Ridgeway Ave, Flint
City Flint     State MI     ZIP 48505
Telephone (810)-542-4305     Social Security ███-██-9414
Driver's License J-████████-962     Sex (M)/F     Race Black
Height 6'3"     Weight 230 lbs     Hair Black     Eyes Brown
Education _____     Read & Write yes
Under Influence of Drugs NO     Under Influence of Alcohol No
MISC _____

## Advice of Rights

- You have the right to remain silent.
- Anything you say can and will be used against you in court.
- You have the right to talk with a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning.
- If you cannot afford a lawyer, one will be provided for you before any questioning if you wish.
- If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## Waiver of Rights

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. No promises, threats, pressure or coercion has been used against me.

Signed: Kaylin Johnson
Witness: ____ #979 - GCSO
Witness: ____ -IX N. Only

0011

# GCSO - GENESEE COUNTY SHERIFFS OFFICE
## Case Report

Case No. 2212501438
Case Status Active
Report Date/Time: 5/11/2022 7:56:38 PM
Reporting Officer: Bennett, David

**FILE CLASS/OFFENSE:**
35001 - Ecstasy - Deliver
52001 - Concealed Weapons - Carrying Concealed

**NATURE OF INCIDENT:**
52002 / CCW & PWID / JOHNSON / BENNETT /416

**OCCURRED ON:** 5/11/2022 5:00:00 PM
(and Between)

**VENUE:** Patrick St 5th Ave Flint, MI 48503
**CITY/TOWNSHIP:** 95 - Flint, Genesee

---

**VICTIM:**

VICTIM OF: 3556 - 35001 - Ecstasy - Deliver
5202 - 52001 - Concealed Weapons - Carrying Concealed
VICTIM TYPE: Society/Public

RACE:  DOB:  AGE:
HGT:  SEX:  JUV:
EYES:  WGT:  HAIR:
SSN:  ETH:  Circumstances:
ADDRESS INFORMATION:  DLN:  DL State:

Phone Information:
Emails:

NOTES:

---

**ARRESTEE:** Johnson, Kaylin Eric

JUV: N - No
DOB: 12/19/1994
AGE: 27
SEX: Male
RACE: Black or African American
HGT: 6' 3"
EYES: Brown

ARRESTED FOR: 3556 - 35001 - Ecstasy - Deliver
5202 - 52001 - Concealed Weapons - Carrying Concealed
ARREST NO: 0011409
TYPE: On-View Arrest
DATE: 5/11/2022

WGT: 220
ETH: O - Other Ethnicity/National Origin
HAIR: Black
Circumstances:

SMT:
SSN: ████-9414
DLN: J5████████962
DL State: Michigan
ADDRESS INFORMATION:

H - Home: 406 E Holbrook Ave Flint, MI Genesee US - UNITED STATES

Phone Information:
Emails:
H - Home: (810) 432-5629

NOTES:

---

**ARRESTEE:** ████████, ████████
JUV: N - No
DOB: ████1999
AGE: 22
SEX: Female
RACE: Black or African American
HGT: 5' 7"
EYES: Brown
SMT:
SSN:

ARRESTED FOR: 3556 - 35001 - Ecstasy - Deliver
ARREST NO: 0011410
TYPE: On-View Arrest
DATE: 5/11/2022

WGT: 152
ETH: U - Unknown
DLN: P4████████663

HAIR: Black
Circumstances:

DL State: Michigan

---

Case Report Page 1 of 6
Reporting Officer: Bennett, David
Case No. 2212501438

Printed: May 12, 2022 - 8:53 AM
0012

# GCSO - GENESEE COUNTY SHERIFFS OFFICE
## Case Report

Case No. 2212501438
Case Status Active
Report Date/Time: 5/11/2022 7:56:38 PM
Reporting Officer: Bennett, David

**FILE CLASS/OFFENSE:**
35001 - Ecstasy - Deliver
52001 - Concealed Weapons - Carrying Concealed

**NATURE OF INCIDENT:**
52002 / CCW & PWID / JOHNSON / BENNETT / 416

**OCCURRED ON:** 5/11/2022 5:00:00 PM
(and Between)

**VENUE:** Patrick St 5th Ave Flint, MI 48503
**CITY/TOWNSHIP:** 95 - Flint, Genesee

---

**VICTIM:**

VICTIM OF: 3556 - 35001 - Ecstasy - Deliver
5202 - 52001 - Concealed Weapons - Carrying Concealed
VICTIM TYPE: Society/Public

RACE:           DOB:            AGE:
HGT:            SEX:            JUV:
EYES:           WGT:            HAIR:
SSN:            ETH:            Circumstances:
                DLN:            DL State:
ADDRESS INFORMATION:

Phone Information:

Emails:

NOTES:

---

**ARRESTEE:** Johnson, Kaylin Eric

JUV: N - No
DOB: 12/19/1994
AGE: 27
SEX: Male
RACE: Black or African American
HGT: 6' 3"
EYES: Brown

SMT:
SSN: ███-██-9414

ADDRESS INFORMATION:
H - Home: 406 E Holbrook Ave Flint, MI Genesee US - UNITED STATES

Phone Information:
H - Home: (810) 432-5629

NOTES:

ARRESTED FOR: 3556 - 35001 - Ecstasy - Deliver
5202 - 52001 - Concealed Weapons - Carrying Concealed
ARREST NO: 0011409
TYPE: On-View Arrest
DATE: 5/11/2022

WGT: 220
ETH: O - Other Ethnicity/National Origin
DLN: J5█████████962

HAIR: Black
Circumstances:
DL State: Michigan

Emails:

---

**ARRESTEE:** P█████, I█████████████
JUV: N - No
DOB: ██/██/1999
AGE: 22
SEX: Female
RACE: Black or African American
HGT: 5' 7"
EYES: Brown
SMT:
SSN:

ARRESTED FOR: 3556 - 35001 - Ecstasy - Deliver
ARREST NO: 0011410
TYPE: On-View Arrest
DATE: 5/11/2022

WGT: 152
ETH: U - Unknown
DLN: P4█████████663

HAIR: Black
Circumstances:
DL State: Michigan

---

Case Report Page 1 of 6
Reporting Officer: Bennett, David
Case No. 2212501438
Printed: May 12, 2022 - 8:53 AM
0012

**GCSO - GENESEE COUNTY SHERIFFS OFFICE**
Case Report

Case No. 2212501438
Report Date/Time: 5/11/2022 7:56:38 PM
Reporting Officer: Bennett, David

NARRATIVE:
Bennett, David - 793
5/11/2022 8:20:00 PM

On 05/22/2022 at approximately 05:00 PM, Deputy David Bennett of the Office of Genesee County Sheriff as Unit # 659 was in a fully marked patrol vehicle, assisting Sgt Rainwater with conducting a traffic stop on a reckless vehicle that left ▓▓▓▓▓▓▓▓ in the City of Flint. Sgt Rainwater was also conducting surveillance on the address, looking for escaped inmate ▓▓▓▓▓▓.

Sgt Rainwater gave the description on the vehicle as a white Chevy Blazer, bearing Michigan registration EQA7124. Sgt Rainwater then radioed over posse radio channel that the vehicle was driving at 60 MPH westbound Wood St, in a posted 25 MPH Zone. Sgt Rainwater then gave information of the vehicle running stop signs at MLK and Garland St, continuing westbound at a high rate of speed.

Deputy Bennett first observed the vehicle southbound Grand Traverse, in which Deputy Bennett turned on his over head lights and sirens. Deputy Bennett then observed the vehicle turn westbound 8th Ave at a high rate of speed. Deputy Bennett then observed the vehicle turn southbound onto Patrick St, all while Deputy Bennett still had his sirens and overhead lights on. Deputy Bennett then observed the vehicle stop on Patrick St, just north of 5th Ave. Deputy Bennett then observed a black male carrying a back pack exit the vehicle, walking westbound into a alley way.

Deputy Bennett then exited the patrol vehicle, making contact with the black male later indentified as Kaylin Eric Johnson. Deputy Bennett observed Johnson turn towards him, with his hands up. Deputy Bennett then escorted Johnson onto the ground, placing him into double locked handcuffs. Deputy Bennett asked Johnson what was in the back pack. Johnson gave an excited utterance of "2 guns".

Sgt. Rainwater also was on scene placing the driver into custody, indentified as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. P▓▓▓▓ P▓▓▓▓ also gave a statement too Sgt. Rainwater that she seen the overhead lights, but she wanted to get Johnson out of the vehicle and hidden from patrol officers.

Deputy Bennett then opened the black pack pack, which contained another small back pack. Deputy Bennett observed inside this small back pack, 2 hand guns.

Deputy Bennett observed the first handgun as a unloaded black 9MM Glock 17, bearing serial # AFKC137 which showed registered to K▓▓▓▓▓▓▓▓ M▓▓▓. Deputy Bennett also counted inside the extended magazine 22 9MM bullets.

Deputy Bennett observed the second gun as an unloaded black and silver 9MM Smith and Wesson SD9VE, bearing serial # FDE3004 which was per LEIN shown to be stolen out of the City of Flint. Deputy Bennett also counted inside the magazine 15 9MM bullets.

A LEIN check of Johnson also showed him not bearing a concealed weapons permit.

Deputy Bennett continued the search of the contents of the large black back pack, observing large amount of multi colored pills in separate bags, which later showed to be approximately 349 Grams. Deputy Bennett also observed a bag of a crystal like substance, which later showed to be approximate 21 grams. Deputy Bennett observed 3 more bags of a white powder substance, later showed to be approximate 15 grams. Deputy Bennett also located a large amount of cash and 1 bag of a green leafy like substance, approximate 18 grams.

The large amount of cash was later counted. Deputy Bennett was assisted by LT Preece and Deputy Duhart. Deputy Bennett counted 81 fifty dollar bills, valued at $4050. Deputy Bennett counted another 57 fifty dollar bills, valued at $2850. Deputy Bennett also county 25 twenty dollar bills, 2 ten dollar bills, 6 five dollar bills and 3 one dollar bills, which valued at $553.

Deputy Bennett further observed in the back pack 2 scales and 1 unlabeled pill bottle which also contained more misc. pills.

Deputy Bennett then transported Johnson to the Genesee County Jail.

Lt Preece transported P▓▓▓▓ to the Genesee County Jail.

Sgt Smith stayed on scene with the vehicle and P▓▓▓▓'s children, given over custody to P▓▓▓▓'s family.

Deputy Bennett, Deputy Duhart and Lt. Preece placed all evidence into locker 20 at the Genesee County Sheriff's Office.

Respectfully Submitted,

- Officer thought I was → officer ...
  ... ...
- ... ... looking for trans power
- ...
- Why ... maneuver pull me over

Fed ... ... (6) exp... ... prohibition against
proposing evidence ... regardless of ... ...
(when ... — it is of... ... ... ... (6)'s ... ... ...
... or other crimes, ... ... ...
to ... ... ... in order ... ... ... ...
...

CS Fed ... ... ... as ... ... ... ...

...
Rule ... test for ... ...
Evidence is relevant if: A) — ... ... to ... ... more or less
probable than it would be without the evidence; and
b) the fact is of consequence ... ... the action

... Rules ... Rule ...
... ... ... of Relevant Evidence
... evidence is ad... unless any of the following provides ... ...
- The ... ... Constitution
- a federal statute
- These rules
- ... rules prescribed by the S... ...
... evidence is not admissible

Joseph Johnson
255 W Main St
Harrison, MI, 48625



Metroplex MI 480 ZIP
WED 26 APR 2023PM



United States District Court
(Office of the Clerck)
231 W. Lafayette
Detroit, MI, 48226